IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Sportbrain Holdings LLC**, an Illinois limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>**EB Brands Holdings, Inc. d/b/a Sync**,<br><br>    Defendant. | No.: 1:16-cv-05688<br><br>Hon. Virginia M. Kendall |

## PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE AND CONTINUE INITIAL STATUS CONFERENCE

NOW COMES Plaintiff Sportbrain Holdings LLC ("Sportbrain"), through its attorney, Isaac Rabicoff, and for its Motion to Continue Initial Status Conference, states as follows:

1. Plaintiff Sportbrain filed its Complaint for Patent Infringement against Defendant on May 30, 2016.

2. The initial hearing is currently set for August 22, 2016.

3. Plaintiff is pursuing settlement discussions with the Defendant. As such, Plaintiff has offered to not yet served the Complaint on the Defendant.

4. Accordingly, Plaintiff respectfully requests a continuance of the initial hearing for 30 days, until at least September 22, 2016; and an extension of time for service to

one business day after the initial hearing. Plaintiff has requested such an extension just once before.

WHEREFORE, Plaintiff Sportbrain respectfully requests a continuance of the initial hearing for 30 days, or until at least September 22, 2016; and an extension of time for service to one business day after the initial hearing.

                                              Respectfully submitted,

                                              /s/ Isaac Rabicoff
                                              Counsel for Plaintiff

ISAAC RABICOFF
RABICOFF LAW LLC
73 W MONROE ST
CHICAGO, IL 60603
773-669-4590
ISAAC@RABILAW.COM

## CERTIFICATE OF SERVICE

Please take notice that on August 15, 2016, we electronically filed with the United States District Court for the Northern District of Illinois, the above Motion by Plaintiff Sportbrain. A copy of this document will be electronically served upon all parties having filed an appearance in this matter.

                                              /s/ Isaac Rabicoff
                                              Counsel for Plaintiff